MAM

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT

CAMAR WILKINS

VS                                            CIVIL NO.  **10    1083**

"PHILADELPHIA POLICE DEPT."

CITY MANGER DIRECTOR
MICHAEL NUTTER
MAYOR

JOHN DOE 1

JOHN DOE 2

JOHN DOE 3

JOHN DOE 4

DEPT. OF CORRECTIONS

WARDEN DELANEY

DECLARATION
OF
CAMAR WILKINS

---

CLAIM NO. 1,4,5,6,9,14 TH
AMENDMENTS OF THE U.S.C.A.

<u>PURSUANT § 1986</u>

PETITIONER WAS REARRESTED WHERE THE COMMONWEALTH BROUGHT ABOUT DEPERVATION THROUGH BIASNESS BY THREATENING THE WITNESS BY OBSTRUCTING RULE COMMON LAW 4TH AMENDMENT UNITED STATES CONSTITUTION.

<u>4TH AMENDMENT</u>

THE RULES OF PROBABLE CAUSE IS THE WAY THEY WERE ARRESTED WERE VIOLATED IN ACCORDING TO THE 4TH AMENDMENT UNITED STATES, COMMONWEALTH THREATEN PETITIONER ASSO. TO COMPEL WITNESS TO GIVE A STATEMENT THAT VIOLATED 5TH AMENDMENT U.S.C.A TO HOLD PETITIONER OVER FOR COURT THAT VIOLATED § 2701, 2703, 1986.

<u>DEPERVATION § 1983</u>
<u>VIOLATION OF THE 6TH AMENDMENT</u>

PETITIONER WAS DEPRIVED OF 14TH AMENDMENT RIGHTS OF FAIR PROCESS TO CONFRONT BILLS OF INFORMATION. CONVICTION ON TESTIMONY KNOWN TO BE PURJURED AS DENIAL OF DUE PROCESS TO FEDRAL CASE 2 LED 1573 3 LED 2D 1991

Camar Wilkins
3-9-10

THE PLAINTIFF IS ASKING THESE DAMAGES FROM EACH PERSON LISTED HERE IN THE PETITION FOR RUNNING A CORUPT ORGANIZATION IN CONCERT UNDER THE COLOR OF LAW

PLAINTIFF IS ASKING IN COMPENSITORY DAMAGES 2.5 MILLION AND 2.5 MILLION IN PUNITIVE DAMAGES

RESPECTFULLY SUBMITTED

DATE 3-9-10

Camar Wilkins 3/08/[?]
Defendant, Pro Se
PP# 951710
C.F.C.F.
7901 State Road
Philadelphia, PA 19136

~~UNITED STATES DISTRICT COURT~~
COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA
~~IN THE COURT OF COMMON PLEAS~~

COMMONWEALTH OF PENNSYLVANIA     MC/CP# _____

V.     PP# 951710

CAMAR WILKINS
Defendant, Pro Se

### VERIFICATION

I, CAMAR WILKINS, Defendant, Pro Se hereby verify that the statement made in the foregoing documents are, true and correct. I understand that false Statement's herein are made subject to the penalties of **18 Pennsylvania Constitution Section 4904** relating to falsification to authorities.

Respectfully Submitted,

Camar Wilkins